UNITED STATES DISTRICT COURT OF THE STATE OF OHIO.
COUNTY OF CUYAHOGA

RIKI P WINN Plaintiff

—against—                                    complaint

STATE OF OHIO            5:18 CV 2869

The Plaintiff, PRO SE, Riki Winn, complaining
of the defendant, alleges: BREACH OF TRUST

1. That on or about the 11th day of APril 2009,
the Plaintiff, by his attorney George McDonald, appeared
in the common Pleas Court for a expungement of
Criminal Record, The Honorable Judge Spellacy
Presiding, the case Heard and Granted.

■ Wherefore, plaintiff demands judgement in the sum
of $100,000, together with the costs and disbursements
of this action.

Riki Winn
Pro Se.
P.O. Box 675003
175 C Sagamore Road
Northfield, Ohio
330-467-7131

**JUDGE LIOI**

**MAG. JUDGE LIMBERT**